IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

CYNTHIA HICKS DORTCH   Case No. 14-02958

Debtors.

## MOTION TO AVOID JUDGMENT LIEN

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

The Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a written objection within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your written objection stating the specific ground or grounds on which your objection is based with the Clerk of the Court at 201 St. Louis Street, Mobile, AL 36602, and serve a copy on the movant's attorney, Alexandra K. Garrett of Silver, Voit & Thompson, Attorneys at Law, P.C., 4317-A Midmost Drive, Mobile, AL 36609-5589.

If you file and serve a written objection stating the specific ground or grounds on which your objection is based within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a proper written objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

Debtor moves the Court for the entry of an order avoiding a lien upon her real property, and for grounds says as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. § 522(f) and 28 U.S.C. § 1334. This is a core proceeding.

2. Debtor Cynthia Hicks Dortch was involved in a collection dispute with Davison Fuels, Inc., which prevailed in a lawsuit and received a judgment against her. Plaintiff Davison Fuels, Inc. recorded the judgment in the Probate Records of Baldwin County, Alabama, as Instrument Number 1281029 on April 5, 2011.

1

3. Debtor has claimed her real property as exempt, and prays for the entry of an order from the Court avoiding the lien under 11 U.S.C. § 522(f) to the extent it impairs her homestead exemption under Alabama law.

4. Debtor's affidavit describing her ownership of the property, the value thereof, and the nature of the judgment lien is incorporated herein by reference as Exhibit A.

WHEREFORE, after expiration of the notice period, barring any objection, Debtor requests this Court enter an order avoiding a lien on her real property located at 50970 Highway 31, Bay Minette, AL 36507, and for such other relief as is just.

/s/ Barry L. Thompson
Barry L. Thompson

SILVER, VOIT & THOMPSON
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609-5589
Telephone: 251/343-0800
FAX: 251/343-0862
E-mail: bthompson@silvervoit.com
LS-7886-135561/lh
Attorney for Debtor Cynthia Hicks Dortch

### CERTIFICATE OF SERVICE

I, Barry L. Thompson, do hereby certify that I have on this 30th day of May, 2013, filed the foregoing, using the CM/ECF System, which will send electronic notice of such filing to all parties to this action.

/s/Barry L. Thompson

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

CYNTHIA HICKS DORTCH          Case No. 14-02958

    Debtor.

## AFFIDAVIT

STATE OF ALABAMA
COUNTY OF BALDWIN

Before me, the undersigned authority in and for said State and County, personally appeared Cynthia Hicks Dortch, who, after being duly sworn, did depose and say on oath as follows:

1. My name is Cynthia Hicks Dortch. I am over the age of 19 years and give this affidavit based upon my personal knowledge of the facts herein.

2. I was involved in a collection dispute with Davison Fuels, Inc. which prevailed in a lawsuit and received a judgment against me. Davison Fuels, Inc. recorded its judgment in the Probate Records of Baldwin County, Alabama, as Instrument Number 1281029, on April 5, 2011.

3. I own my homeplace located at 50970 Highway 31, Bay Minette, AL 36507 in Baldwin County, Alabama. The property has a fair market value of $263,900.00. The mortgage balance is $360,000.00.

4. I need the property for an effective reorganization, and it is claimed as exempt in my Chapter 7 case. I respectfully request the entry of an order avoiding Davison Fuels, Inc.'s judgment lien pursuant to 11 U.S.C. § 522(f).

                                                          Cynthia Hicks Dortch

Sworn to and subscribed before me
this the 23RD day of September, 2014.

NOTARY PUBLIC
My Commission Expires: 12/14/14

(AFFIX SEAL HERE)
LUCY D. HOWARD
NOTARY PUBLIC
ALABAMA STATE AT LARGE

EXHIBIT "A"

1